Page 1

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 2 2 2019

FILED _____
DOCKETED _____
DATE                    INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

WaNDA E. Smith-Jeter
Appellant,

9th Cir. Case No. 18-35987

Originating Court Case No. 2:17-cv-01857-JPD

Artspace Everett Lofts
Condominium Association
and Quantum Management Services, Inc.
Appellee(s).

## APPELLANT'S INFORMAL BRIEF
(attach additional sheets as necessary)

1. Jurisdiction

   a. Timeliness of Appeal:

      (i) Date of entry of judgment or order
          of originating court: November 19, 2018

      (ii) Date of service of any motion made after judgment (other than
           for fees and costs): N/A

      (iii) Date of entry of order deciding motion: N/A

      (iv) Date notice of appeal filed: November 19, 2018

      (v) For prisoners, date you gave notice of appeal to prison
          authorities: N/A

9th Cir. Case No. 18-35987

Page 2
(original)

2.      What are the facts of your case?

On December 7, 2017, I, WANDA E. Smith-Jeter, the Appellant (pro se) in this case, filed a lawsuit for Retaliation under the Fair Housing Act in the United States District Court for Western Washington at Seattle. That lawsuit was the result of acts of retaliation against my husband and I, that we have suffered, for having filed a previous lawsuit against one of the defendants in this lawsuit (Artspace Everett Lofts Condominium Association or "A.E.L.C.A."), which was then still pending in the 9th Circuit Court of Appeals (case #2:14-cv-01584-JPD and 9th Cir. Docket No. 16-35196).

My husband and I are 67 (sixty-seven) and 64 (sixty-four) years old respectively and Disabled. We are African-Americans. Both defendants in this case are of another race. The parties responsible for these acts of retaliation, our landlords Heidi Heimarck and Liam Cole are white, but an additional involved party in one of the incidents — a tenant, Ammah (Linda) Wilson is African-American. In light of the fact that this same individual (Ammah), has repeatedly harrassed us in the Past, any reasonable individual would find my claim of retaliation reasonable. Apartment managers Heidi Heimarck and Liam Cole; the two named responsible parties in the original lawsuit (case #2:14-cv-01584-JPD and 9th Cir. Docket No. 16-35196) are the same two named responsible parties in this retaliation case — they are both employed by Quantum Management Services, Inc., who was hired by A.E.L.C.A. to manage the property on which we live.

Both defendants have agreed that the incident of retaliation that involved having the "hate speech", "DIE NIGGER DIE" posted for several weeks, near our mailbox in the apartment lobby where we live, was in violation of the Fair Housing Act. (see exhibit "A", attached) (see also exhibits "B" and "C").

9th Cir. Case No. 18-35987                                    Page 2

Another involved party in a second incident of retaliation, along with our landlords Heidi Heimarck and Liam Cole, Judy Touhy, Executive Director of the Schack Arts Center, is also White.

Although Judy Touhy was involved in harassing and intimidating my husband and I during her campaign for Mayor of the City of Everett, WA, which she lost by a very close margin; Liam Cole and Heidi Heimarck initiated the retaliatory acts of co-ercion, intimidation and fear of losing our housing by writing us an e-mail detailing what Liam and Judy had discussed regarding having me take a picture with her to be used for her campaign purposes. If my positive reputation with individuals within the Everett, Washington community was not worth some votes for her candidacy for Mayor of that city, I do not believe Judy Touhy would have sought me out to have a picture taken with her for use in her campaign. (see exhibits "I" and "J," attached)

However, even though my husband and I have lived in the same neighborhood in Everett since 1999 (except for Feb. 2009 - May 2012), Judy Touhy had never talked to us, prior to her campaign. Judy Touhy had many other means of reaching me besides contacting our landlord; such as seeing me in the parking lot, which we share, as she spoke to both me and my husband almost daily during her campaign; or looking at the address roster posted near the mailbox in the lobby of the building which "The Schack Art Center" shares with "Artspace Everett Lofts"; or even accessing the volunteer roster through Everett's City Hall, where she has been serving on the Everett, WA City Council for several years (see exhb. "D").

I believe that after Liam Cole or Heidi Heimarck explained the management policy against releasing tenant information, to Judy Touhy, that should have ended the inquiry. I believe that the sole purpose of the retaliatory e-mail, sent to us by Liam Cole was a veiled threat to harass, coerce, intimidate, alarm and frighten us; and it did. It served no other purpose, and

9th Cir. Case No. <u>18-35987</u>

Page 4

I believe that any reasonable individual, (in light of our past and present relationships) would find my claim of retaliation reasonable. Apartment managers Heidi Heimarck and Liam Cole; the two named responsible parties in the original lawsuit (case #2:14-cv-01584-JPD and 9th Cir. Docket No. 16-35196), are the same two named responsible parties in this retaliation case. They are both employed by Quantum Management Services, Inc., who was hired by A.E.L.C.A., to manage the property on which we live.

I believe that I provided the court with sufficient evidence to prove a prima facie case for retaliation under the Fair Housing Act.

However, for the reasons they allege, the defendants failed to answer the "Second Amended Complaint", by the due date; even after having requested and having been given more time in which to answer, by July 23, 2018.

Then the plaintiff (pro se) filed a motion for default judgment. However, the case was allowed to proceed, after a conference hearing. The defendants finally filed an answer to the "Second Amended Complaint", on September 20, 2018.

The plaintiff's motion for default judgment had been filed on September 18, 2018; a full (2) month's after defendant's notice of appearance had been filed on July 19, 2018. The defendants then filed a "motion for summary judgment," which was decided in their favor on November 19, 2018.

9th Cir. Case No. 18-35987

Page 5

3. What did you ask the originating court to do (for example, award damages, give injunctive relief, etc.)?

I asked the originating court to consider granting my original demand of six million dollars ($6,000,000.00) or in the alternative, aide me in reaching a reasonable alternative settlement in this lawsuit.

4. State the claim or claims you raised at the originating court.

I filed that lawsuit, in the originating court for Housing Discrimination based on bias because of my race and retaliation for having filed a prior complaint. I believed that federal laws had been violated, in this case. As a then 63 year old plaintiff (pro se); my then 65 yr. old husband, Jesse James Jeter and I, who are both disabled, were the only African-American couple who had resided in the 40-unit apartment building named "Artspace Everett Lofts," in Everett, WA; since we moved-in on June 11, 2012.

I am a violinist; Jesse is a sculptor and painter and is a witness to all claims made in this lawsuit.

1) Since we moved-in, on June 11, 2012, I believe that our resident managers, Heidi Heimarck and Liam Cole have repeatedly conspired with others, to stalk and harass us, as well as committed acts of bias against us.

2) Between 2012-2014, our vehicle was repeatedly vandalized; sometimes more than once daily, while it was parked in a locked garage beneath the building (that we live in). I therefore believe that some of the tenants may

4. (cont'd)

have been involved. Again, in October, 2017, three (3) of the tires on our vehicle were flattened by punctures, though we now park outside. [See Exhibit "A-B", attached].

3) During that same time period (October 2017), we noticed what was a boarded piece of artwork that was hanging a few feet from our mailboxes in the Artspace Everett Lofts lobby entrance [See Exhibit "C", attached].

Initially, the piece did not have an artist name nor title; just as it is photographed.

Approximately a week later, the title and artist name appeared beside the piece as "DIE NIGGER DIE" by Ammah Wilson. Beneath the title was a very wordy and to me, disturbing poem. Although the defendants contend that the artist intended no harm, I have reasons to believe that it was a veiled threat.

The sheer volume of such incidences over the past five and one half (5½) years has convinced me that these were hate crimes committed against me and my husband, Jesse, because of our race. The harassment, bias and discrimination has been continuous, not limited to the incidences mentioned and are collectively evident that the ongoing acts of retaliation have denied us the peaceful enjoyment of our home and as well, has caused us much alarm and anguish.

Jesse has been diagnosed with cancer and I believe that the constant stress of such living conditions are a contributing factor in that diagnosis. We both have suffered deteriorated health as a result of these

9th Cir. Case No. <u>18-35987</u>                                    Page 7

4. (cont'd)

circumstances. I was forced to drop out of college, even though I was an "A" student.

   I pray that the court will consider granting my demand, or in the alternative aide me in reaching a reasonable alternative settlement in this lawsuit.

5. What issues are you raising on appeal? What do you think the originating court did wrong?

A.)    The issues being raised on appeal by the Appellant, are:

   I. The issue of whether the defendants are guilty of the crime of "Retaliation" under the Fair Housing Act. (Appellees)

   II. Whether the Appellant (pro se) in this case did successfully present a Prima facie case for "Retaliation", under the Fair Housing Act.

   III. Whether the Appellant (pro se)'s request for Default Judgment should have been granted.

   IV. Whether the Appellee's Motion for Summary Judgment, should have been granted.

B.) What I think the originating court did wrong was to rely on (2) contradictory statements of Cindy Huang (see attached document #55; exhibit (4) and document #61), in making it's decision to grant a motion for summary judgment,

9th Cir. Case No. 18-35987                    Page 8

5. (cont'd)

In this case. I also believe that the court overlooked the fact that the Appellant (Pro se), had already established a relationship between Judy Touhy and Artspace, in her "amended complaint" [see attached Exhibit "R"; page 2, item #"I."]

Also, lacking enough consideration given, were the declarations of Jesse James Jeter and Wanda E. Smith-Jeter; in the opinion of this Appellant (Pro se).

6. Did you present all issues listed in #5 to the originating court? If not, why not?

Yes, I presented all issues listed in #5 to the originating court, to the best of my abilities.

7. What law supports these issues on appeal? (You may, but need not, refer to cases and statutes.

- Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Act of 1988.

- FRCP 55 and Local Civil Rule 55:
   Entry of Default - A party is in default when it fails to respond to a summons and complaint served on the party, in the time required by law. If a party is in default, the plaintiff can

9th Cir. Case No. 18-35987

Page 9

7. (cont'd)

request that the default be entered into the Court record by the Clerk, which gives the plaintiff the opportunity to request a default.
   * (This was done by the plaintiff, in this case.)

   Entry of Default - (followed by):
   Default Judgment - After the clerk's office enters a default against a party, Plaintiff may file a motion for default judgement. Default judgment is a judgment awarding the plaintiff the relief sought in the complaint, because the defendant has failed to appear in court, or otherwise respond to the complaint.
   * (This was done by the Plaintiff in this case.)

8. Do you have any other cases pending in this court? If so, give the name and docket number of each case.

   No, I do not have any other cases pending in this court.

9. Have you filed any previous cases which have been decided by this court? If so, give the name and docket number of each case.
   Yes, I have filed a previous case which was decided by this court.
[Docket No. 16-35196] - "Wanda E. Smith-Jeter, Appellant/Plaintiff (Pro se)
v. Artspace Everett Lofts Condominium Association, Appellee/Defendant.

10. N/A

9th Cir. Case No. 18-35987

Page 10

Wanda E. Smith-Jeter
NAME

*Wanda E. Smith-Jeter*
Signature

P.O. Box 102

Everett, WA 98206
Address

January 17, 2018
DATE

"Statement of what I want this court to do"

I, Appellant Wanda E. Smith-Jeter, do hearby pray that this court will review this case in it's entirety, to see if there are any constitutional, legal, or factual mistakes and conclude that the decision of the originating court should be reversed.

I also believe that I am also entitled by law, to Default Judgment.

I pray that this court will consider granting my demand of six million dollars ($6,000,000.00), or in the alternative, aide me in reaching a reasonable alternative settlement in this lawsuit.

*Wanda E. Smith-Jeter*
WANDA E. Smith-Jeter

Everett, WA
January 17, 2018

P.O. Box 102
Everett, WA 98206
Ph. #206-573-1058

Page 11

# CERTIFICATE OF SERVICE

Case Name:  WANDA E. Smith-Jeter  v.  Artspace Everett Lofts Condominium Association and Quantum Management Services, Inc.

9th Cir. Case No.:  18-35987

**IMPORTANT:** You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the  APPELLANT'S INFORMAL BRIEF
                          (title of document you are filing)
and any attachments was served, either in person or by mail, on the persons listed below.

*Wanda E. Smith Jeter*
Signature
Notary NOT required

| Name | Address | Date Served |
|------|---------|-------------|
| Office of the Clerk | P.O. Box 193939 | January 17, 2018 |
| James R. Browning Courthouse | San Francisco, CA | |
| U.S. Court of Appeals | 94119-3939 | |
| ℞ | | |
| William W. Spencer | 200 West Thomas, ste. 350 | |
| Jennifer P. Murray | Post Office Box 9844 | |
| Murray Dunham & Murray | Seattle, WA 98109-844 | |
| 200 West Thomas, ste. 350 | | January 17, 2018 |
| Post Office Box 9844 | | |
| Seattle, WA 98109-844 | | |

**Form 13. Initial Streamlined Request for Extension of Time to File Brief**

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**NOTE:** This form is for use solely by parties who are <u>not registered</u> for CM/ECF. If you are registered for CM/ECF, do not use this form. Instead, log onto CM/ECF to make your request using the event "File a Streamlined Request to Extend Time to File Brief."

**NOTE:** You may use this form only if you have not yet received any extension of time to file the brief. If you have already received an extension of time, any request for more time must be made in writing pursuant to Ninth Circuit Rule 31-2.2 (b).

9th Circuit Case Number(s):

9th Circuit Case Name(s):

Name of party/parties requesting extension:

For what type of brief are you requesting an extension?

☐ Opening brief      ☐ Opening brief on cross-appeal

☐ Answering brief    ☐ Answering/opening brief on cross-appeal

☐ Reply brief        ☐ Reply/answering brief on cross-appeal

                     ☐ Cross-appeal reply brief

What is your current due date?

You may request a new due date **up to 30 days** from your current due date.

What is your new requested due date?

Print Name:

Signature:

Date:

*Mail this form on or before your brief's current due date to the Court at:*
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

*The Clerk will inform you of the new briefing schedule*

1 8-35987

Page 12

9th Cir Case No. 18-35987

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 2 2 2019

FILED
DOCKETED _____
                DATE        INITIAL

**Cindy Huang**
To:  Jesse James Jeter    Cc:  julie.alexander@artspace.org
RE: Racist hate crime art and message (DIE NIGGER DIE), hanging near our mailbox(#310) pics included. / FYII- 3 Tires punctured also, a few days earlier. A police report is available.

New contact info found in this email: Cindy Huang huangc@quantumms.com

Today at 6:24 PM

Hi Jesse,

Thank you for this information.

You've done the right thing by filing a police report and getting your insurance involved. If you would prefer to park your car in the garage, please request that with site management.

We have had incidents in the past with theft and vandalism in the garage and management is not liable for damage or vandalism of vehicles parked in the garage and in the back alley spaces. It is for this reason that we encourage everyone to carry appropriate insurance.

In response to your concern over the artwork in the lobby, we reached out to the artist and have requested that the artwork be removed. Quantum and Artspace are committed to non-discrimination and consider this piece of artwork to be out of compliance with Federal Fair Housing Act.

If you have further concerns about either of these incidents, please let us know so we can follow-up.

Thank you,

Cindy Huang, Portfolio Manager
Quantum Management Services, Inc.
3810 196th Street SW, Suite 10
PO Box 2170, Lynnwood, WA  98036
(W) 425-776-1294 ext. 109    (F) 425-776-1073
huangc@quantumms.com

**QUANTUM**
Management Services, Inc.
www.QuantumMS.com

This message may contain confidential and/or proprietary information and is intended for the person/entity to whom it was addressed. Any use by others is strictly prohibited. If you receive this message in error, please reply to this e-mail with the subject title "Return to Sender" and delete the e-mail.

**From:** Jesse James Jeter [mailto:jessejamesjeter@yahoo.com]
**Sent:** Friday, November 03, 2017 2:10 AM
**To:** Cindy Huang <huangc@quantumms.com>
**Cc:** julie.alexander@artspace.org
**Subject:** Re: Racist hate crime art and message (DIE NIGGER DIE), hanging near our mailbox(#310) pics included. /FYII- 3 Tires punctured also, a few days earlier. A police report is available.

EXHIBIT "A"

Page 13
9th Cir.
CASE No.
18-35987

EXHIBIT "D"

Page 14

9th Cir. Case No. 18-35987



9th Cir. Case No.
18-35987          Page 15

**Cindy Huang**
To: Jesse James Jeter   Cc: julie.alexander@artspace.org
Re: Racist hate crime art and message (DIE NIGGER DIE), hanging near our mailbox(#310) pics included.

Yesterday at 6:12 PM
add...

New contact info found in this email: Cindy Huang huangc@quantumms.com

Hi Jesse,

Thank you for your e-mail.

We have begun an investigation and need more time before we can give you a formal response.

The artist of the piece you are referring to is an African-American and has not intended for their work to be hate speech nor is it targeted at anyone.

I will be in touch soon with a formal response.

Thank you,

Cindy Huang, Portfolio Manager
Quantum Management Services, Inc.
3810 196th Street SW, Suite 10
PO Box 2170 Lynnwood, WA 98036
(W) 425-776-1294 ext. 109   (F) 425-776-1073
huangc@quantumms.com

www.quantumms.com

This message may contain confidential and/or proprietary information and is intended for the person/entity to whom it was addressed. Any use by others is strictly prohibited. If you receive this message in error, please reply to this e-mail with the subject title "Return to Sender" and delete the e-mail.

See More from Jesse James Jeter

The art piece depicted the back-side of a human head with a "bloody bullet-hole" in it, with "wooly" black hair. Next to it, on the same board, was the front facial head of a dark-skinned person with an apparent "bullet-hole" through one eye with red apparent "blood-splattered brain matter." Titled "DIE NIGGER DIE." Although the defendant stated that the artwork "has been removed" weeks later it still appeared prominently on an Artspace Everett Lofts web page.



**Jesse James Jeter**
To: Cindy Huang   Cc: julie.alexander@artspace.org
Racist hate crime art and message (DIE NIGGER DIE), hanging near our mailbox(#310) pics included.

October 31, 2017 at 6:29 PM
Sent - Yahoo!

# Franklin, by 1.2 percent

11-26-2017

*'Favorite' Judy Tuohy's narrow lead shrank and then disappeared as small vote swings in several precincts shifted the early results*

## Everett mayoral vote



Franklin won

Tuohy won

Within 10-vote difference between Tuohy and Franklin

No votes reported

Tie

A map with vote totals for each precinct is online at heraldnet.com

THE HERALD

**By Jerry Cornfield
and Scott North**
*Herald Writers*

EVERETT — A poll conducted by Judy Tuohy in early September showed her a couple points ahead of Cassie Franklin in what would be a very close duel for Everett mayor.

On election night, Tuohy led by a slim 49-vote margin. That seemed to reinforce the survey's findings.

After two more rounds of tallying, her lead stood at 19 with 12,557 ballots counted.

Then everything changed.

On Friday Nov. 10, another 4,266 were tallied. This mix of ballots, most of which arrived by mail or were deposited in drop boxes on Election Day, went largely Franklin's way and she moved in front by 169 votes. Her lead peaked at 199 on Nov. 13 and is at 198 ahead of Tuesday's scheduled certification of results that will make her victory official.

Franklin, the mayor-elect, has received 7,815 votes, or 44.7 percent, to Tuohy's 7,617 votes, or 43.5 percent. There have been 2,068 write-in votes, most of those presumably for Gary Watts, the registered write-in candidate.

She will succeed the retiring Mayor Ray Stephanson and become the first woman elected mayor in the city's history. She will be sworn in Jan. 3. Tuohy will continue serving on the City Council where she has two years remaining on her current term.

At the time she took the lead, Franklin chalked it up to her supporters' tendency to vote late. It happened in the primary, too. She trailed Tuohy in the initial tally but wound up finishing first in the four-candidate contest.

Where did the decisive votes come from? To figure out where some of the bigger vote shifts occurred in the critical Nov. 10 count, the Herald analyzed precinct results from tallies done Nov. 9 and Nov. 15.

In that period Franklin went from trailing to leading in eight precincts. Significant vote swings in a couple of them provide big chunks of her lead.

In precinct 86, an area along Holly Drive around Challenger Elementary School, Franklin was behind by five votes then went up by 23, a net gain of 28 votes. In precinct

27 along Evergreen Way south of 41st Street, she turned a five-vote deficit into a 21-point advantage, a net gain of 26 votes.

There were three precincts in which the candidates were tied before the influx of votes put Franklin ahead. In one of those, precinct 18, which covers an area from Broadway to Marine View Drive between Hewitt and 25th Street, Franklin went up 16 after receiving 60 votes to Tuohy's 44.

Tuohy did pick up six precincts that had been in Franklin's column, the analysis found. Her reversal of fortunes came about with smaller votes swings.

She achieved a net gain of 10 votes in a smaller precinct, 85, around Hannabrook

Park, where she turned a one-vote deficit into a nine-vote lead. In precinct 36, which is in the area of Broadway between 73rd St. SE and Madison Street, she went from trailing by eight to leading by two.

Tuohy's largest net gain, 21 votes, helped her nearly double her advantage in precinct 24 in the heart of the city. It starts at Forest

See **VOTE**, Page A6

EXHIBIT "D"

*Page 17*

*9th Cir. Case No.*
*18-35987*

Switch to the newest Yahoo Mail

Contacts | Notepad | Calendar

Inbox | Compose

Delete | Reply | Reply All | Forward | Actions | Apply

Viking Ocean Cruises
Sponsored
2-for-1 Mediterranean cruises from $1,999
Your cruise fare includes everything you need. Meals & beverages.

Raw Message Printable View

Thursday, June 15, 2017 3:45 PM

**Fwd: contact**

From:   "Artspace Everett" <artspaceeverettlofts@gmail.com>

To:   "Jesse and Wanda Jeter" <jessejamesjeter@yahoo.com>

Jesse and Wanda

Liam here -- We got an email from Judy Tuohy asking for contact info - I explained to her that it is our policy not to divulge the contact info for any tenant in order to maintain confidentiality.

She asked me to forward her request to you so that you could decide if you wanted to move the conversation forward. Please see her email below. Her reply email address is in the 'header'.

-------- Forwarded message --------
From: Judy Tuohy <jtuohy@schack.org>
Date: Thu, Jun 15, 2017 at 2:20 PM
Subject: RE: contact
To: Artspace Everett <artspaceeverettlofts@gmail.com>

I wanted to see if they would like to be in a campaign flyer with me. I am hoping they support me from our conversations.

Perhaps you could forward this email to them and if they are interested they can email me back and we can work out the details.

Thanks, Judy

Judy Tuohy
Executive Director
Schack Art Center
2921 Hoyt Ave. Everett, WA 98201

*Schack Art Center shares building*
*with and occupies 2nd Floor of*
*Artspace Everett Lofts at 2917 Hoyt Ave.*
*Also shares mailboxes.*

*Exhibit "I"*

To:  Jesse james Jeter
RE: Fwd: contact / Jesse James Jeter

Jesse,

Thank you for getting back to me. I appreciate you considering this.

Thanks again,
Judy

Judy Tuohy
Executive Director
Schack Art Center
2921 Hoyt Ave. Everett, WA 98201
www.schack.org   425.259.5050 ext. 26

See More from Jesse james Jeter

**9th Cir. Case No.
18-35987**

Jesse James Jeter

To:  Tuohy
Reply-To:  Jesse james Jeter
Re: Fwd: contact / Jesse James Jeter

Hello Judy,
I received this email from Liam. Because of legalities involved, we are not willing to be in a campaign flyer with you.

Sincerely,
Jesse James Jeter

On Thu, 6/15/17, Artspace Everett <artspaceverettots@gmail.com> wrote:

Subject: Fwd: contact
To: "Jesse and Wanda Jeter" <jessejamesjeter@yahoo.com>
Date: Thursday, June 15, 2017, 3:45 PM

Jesse
and Wanda

Liam here -- We got an email from Judy Tuohy asking
for contact info - I explained to her that it is our policy
not to divulge the contact info for any tenant in order to
maintain confidentiality.

She asked me to forward her request to you so that you
could decide if you wanted to move the conversation
forward. Please see her email below. Her reply email
address is in the 'header'.

---------- Forwarded
message ----------
From: Judy
Tuohy <jtuohy@schack.org>
Date: Thu, Jun 15, 2017 at 2:20 PM

*Previous lawsuit was
under appeal.*

June 16, 2017 at 4:50 p
Sent - Yahoo! F

*Exhibit "J"*

9th Cir. Case No.
18-35987

Page 19

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN WASHINGTON
## DISTRICT AT SEATTLE

2:17-cv-01857 JPD

| | |
|---|---|
| WANDA E. SMITH-JETER<br><br>plaintiff (Pro se)<br><br>V.<br><br>ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION and QUANTUM MANAGEMENT SERVICES, INC.<br><br>defendants. | DECLARATION OF JESSE JAMES JETER IN OPPOSITION TO DEFENDANTS' ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND QUANTUM MANAGEMENT SERVICES, INC'S MOTION FOR SUMMARY JUDGMENT |

I, Jesse James Jeter, do declare that I am over the age of eighteen (18) and that I also have personal knowledge of the things alleged in this opposition motion; and they are true.

I am a retired artist who resides in the City of Everett, Washington. I have not had, nor do I have any friendship, nor any kind of contact or relationship with Ammah Wilson. She is someone who lives in our building and therefore might be on the elevator upon it's arrival or departure, as my wife and I come and go to or from our home; or pass us on the street.

Exhibit "K"
P-1

9th Cir. Case No.
18-35987

Page 20

2:17-cv-01857 JPD

Ammah Wilson has made unnecessarily adversarial overtures toward me in the presence of my wife on several occassions.

While I served on the City of Everett's Cultural Arts Commission, (see attached exhibit "A"), Ammah Wilson took the extreme measure of going onto the City of Everett's Official website to demand that I respond to her requesting the sale to her of an art print; which I had no intention of doing, because I don't have any for sale.

I don't know when the message was put on the website, but as soon as I happened to notice it there one day in 2017, I immediately contacted City Hall and they offerred to remove it and I agreed.

I believe that Ammah Wilson was harrassing me.

Upon seeing the title, "Die, Nigger, Die", posted next to a piece of artwork that had been in the lobby of our building, near my mailbox for several weeks; my wife and I felt threatened and alarmed. (see also "D, E, G")

November 1, 2018
Everett, WA

Jesse J. Jeter

P.O. Box 102 Everett, WA 98206 (206) 573-1058

Exhibit "K"
P-2



*9th Cir. Case No.*
*18-35987*          *Page 21*

**OFFICE OF THE MAYOR**                                          Ray Stephanson
                                                                        Mayor

January 17, 2013

Jesse James Jeter
2917 Hoyt Ave #310
Everett, WA 98201

Dear Mr. Jeter:

On January 16, 2013, the Everett City Council concurred with my request that you be appointed to the Cultural Commission. You will fill Position 10 for a six-year term ending 12/31/2018.

I certainly appreciate your willingness to serve the community, and I am pleased to have the opportunity of appointing you to this important position. The City liaison for this board will contact you soon. In the meantime, if you have any questions, you may contact Deborah Wright at (425) 257-7102.

Again, thank you for your commitment to the City of Everett.

Sincerely,

Ray Stephanson
Mayor

c. Deborah Wright
   Sharon Marks
   Carol Thomas

*Exhibit "K"*
*P-3*

CITY OF EVERETT • 2930 Wetmore Ave., Suite 10A • Everett, WA 98201 • 425-257-8700 • Fax 425-257-8729

9th Cir. Case No.
18-35987

Page 22

# JESSE JAMES JETER



**ARTIST NARRATIVE FOR JESSE JAMES JETER – COMMUNITY SERVICE**

Over the past five decades, one of the first things that Jesse has done upon settling into a new community is to voluntarily seek out ways in which to aide in forging a stronger sense of community through artistic collaboration. IN EVERETT, WASHINGTON:
<u>FEBRUARY 2014</u>
Jesse recently volunteered to donate and paint a "welcoming" mural for the City of Everett's Carl Gipson Senior Center after seeing a request on the center's "wish list".
<u>DECEMBER 2013</u>
Answering the "call-to-artists", Jesse was chosen to paint rain barrels to be publicly displayed in a city-wide program to promote water conservation called "Let It Rain".
<u>In early 2013</u>
Jesse was appointed by Everett, Washington Mayor Ray Stephanson to serve a six-year term on the City's Cultural Arts Commission. Appointed in 2008, he was unable to serve.
<u>JUNE 2012 through JUNE 2013</u> Jesse voluntarily displayed his sculpture and paintings in the lobby at Everett Artspace Lofts; prior to the lobby becoming a non-profit gallery.
<u>AUGUST 2012 and AUGUST 2013</u>


Jesse was asked to paint a donated piano to be displayed during Everett's Invitation To Jam - "Street Tunes". It was displayed and played on a sidewalk on Hoyt Ave both years.
<u>In 2010</u>
DWTV(DEUTSHE WELLE TV-GERMANY) featured Jesse's life-sized sculpture of Frederick Douglass on the front porch of Jesse's home in Columbia, SC, in it's worldwide series called "The View Outside Your Window" from your perspective. <u>JUNE of 2010</u>
Jesse self-published, "JESSE JAMES JETER-A RETROSPECTIVE OF HIS ART"
<u>In 2009</u> Jesse developed his public Facebook page with over 2,000 friends worldwide.
<u>In 2008</u> Jesse was appointed to the newly created Snohomish County Arts Commission.

Exhibit "K"
P. 4                    A-2

*9th Cir. Case No.*
*18-35987*

*Page 23*

## JESSE JAMES JETER

**OCTOBER 2008 through JUNE 2012**

Jesse's painting-"Morning Glory" hung at Snohomish County Administration Building.
In 2007 With neighbors from the "Longfellow Community" and city parks employees,

Jesse assisted with re-design planning for renovations to a community park.

**JUNE through NOVEMBER 2005 & JUNE and JULY 2006**
The Mortgage Advisory Group established a solo exhibition of Jesse's sculptures and
paintings in their offices on the corner of Colby and Hewitt in downtown Everett.

**Prior community involvement includes:**

Richland County Library, SC Arts Commission, Benedict College, Allen University,
S C State Museum - Columbia, South Carolina; Voorhees College - Denmark, SC
Gibbes Art Gallery-Charleston, South Carolina; Claflin College - Orangeburg, S.C.
Exhibitions in Beaufort & Hilton Head, South Carolina
Carnegie Library & Turlock Journal Newspaper - Turlock, California
Christian Love Baptist Church; Stanislaus Arts Council Board of Directors-Modesto, CA
"ZULU SOCIAL AID & PLEASURE CLUB" - New Orleans, Louisiana
United Way of Greater Atlanta & Habitat for Humanity - Atlanta, Georgia
Harriet Tubman Museum - Macon, Georgia



*Exhibit "K"*
*P-5*
*A-3*

9th Cir. Case No.
18-35987

Page 24

THE CITY OF EVERETT
**CULTURAL ARTS COMMISSION**
PRESENTS

# Artist
## in the
# Community

### 2015 Mayor's Art Award

## Jesse James Jeter

FOR HIS ARTISTIC EXCELLENCE
AND CONTRIBUTIONS TO
EVERETT'S CULTURAL VITALITY



Exhibit "K"
P-6

A-4

Case 2:17-cv-01867-JPD   Document 20-1   Filed 04/12/18   Page 1 of 8

9th Cir. Case No.
18-35987

Page 25



Lobby of Artspace Everett Lofts
My mailbox # is "310"
Artwork "untitled" for several weeks

9th Cir. CASE No.
18-35987              Page 26



Title APPEARED within a week
of our tires being slashed

Exh'l.. "K"



"Close-up"

Exhibit "E" "K"
P-9

9th Cir. Case No.
18-35987

Page 28

Document #55

THE HONORABLE JAMES P. DONOHUE
HEARING DATE: NOVEMBER 9, 2018
ORAL ARGUMENT REQUESTED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN WASHINGTON AT SEATTLE

WANDA E. SMITH-JETER,

                    Plaintiff,

        v.

ARTSPACE EVERETT LOFTS
CONDOMINIUM ASSOCIATION and
QUANTUM MANAGEMENT SERVICES,
INC.

                    Defendant.

NO.   17-CV-1857JPD

DECLARATION OF JENNIFER
MURRAY IN SUPPORT OF
DEFENDANTS ARTSPACE EVERETT
LOFTS CONDOMINIUM
ASSOCIATION AND QUANTUM
MANAGEMENT SERVICES, INC.'S
MOTION FOR SUMMARY
JUDGMENT

I, Jennifer P. Murray, hereby declare under penalty of perjury, under the laws of

the United States of America, that the following is true and correct:

    1.    I am one of the attorneys representing Defendants Artspace Everett Lofts

Condominium Association and Quantum Management Services, Inc. in the above-

captioned action. I am over 18 years and am competent to testify to the matters contained

herein.

DECLARATION OF JENNIFER MURRAY IN SUPPORT OF DEFENDANTS
ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND
QUANTUM MANAGEMENT SERVICES. INC.'S MOTION FOR SUMMARY
JUDGMENT - 1

MURRAY DUNHAM & MURRAY
Attorneys at Law
200 West Thomas. Ste. 350
Post Office Box 9844
Seattle. WA  98109-0844
(206) 622-2655: Fax: (206) 684-6924

Exhibit "L"

9th Cir. Case No.
18-35987

Page 29

2.      Attached hereto as *Exhibit 1* is a true and correct copy of this Court's Order Granting Defendant's Motion for Summary Judgment and Motion to Strike in the 2014 lawsuit, Cause No. C14-1584-JPD.

3.      Attached hereto as *Exhibit 2* is a true and correct copy of the United States Court of Appeals Memorandum entered in Cause No. 16-35196 on April 24, 2017.

4.      Attached hereto as *Exhibit 3* is a true and correct copy of the letter from Scott Harris, Clerk of the Supreme Court of the United States notifying that the Court denied Plaintiff's Petition for Writ of Certiorari.

5.      Attached hereto as *Exhibit 4* is a true and correct copy of the Declaration of Cindy Huang in Support of Defendant's Motion for Summary Judgment in the 2014 lawsuit, Cause No. C14-1584-JPD

Dated at Seattle, Washington this the 16th day of October, 2018.

Jennifer P. Murray, Declarant

DECLARATION OF JENNIFER MURRAY IN SUPPORT OF DEFENDANTS
ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND
QUANTUM MANAGEMENT SERVICES, INC.'S MOTION FOR SUMMARY
JUDGMENT - 2

MURRAY DUNHAM & MURRAY
Attorneys at Law
200 West Thomas, Ste. 350
Post Office Box 9844
Seattle, WA 98109-0844
(206) 622-2655; Fax: (206) 684-6924

Exhibit "L"
p-2

9th Cir. Case No.
18-35987

Page 30

# EXHIBIT 4

Exhibit "L"
P-3

9th Cir. Case No.
18-35987

Page 31

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WANDA E. SMITH-JETER,<br> Plaintiff, | No. C14-1584 |
| vs. | DECLARATION OF CINDY HUANG IN<br>SUPPORT OF DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT |
| ARTSPACE EVERETT LOFTS<br>CONDOMINIUM ASSOCIATION<br> Defendant | |

I, Cindy Huang, do hereby swear under penalty of perjury under the laws of the State of Washington that the following is true and correct.

I am Portfolio Manager of Quantum Management Services, Inc., which is the property management company for ArtSpace Everett Lofts. ArtSpace Everett Lofts is one of the apartment communities that is in my portfolio, and that I manage. I do not work on-site, but am the regional manager for this and several other properties. I only met the Plaintiff during this lawsuit, but am quite familiar with the workings of ArtSpace Everett Lofts.

DECLARATION OF CINDY HUANG IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - 1

PUCKETT & REDFORD, PLLC
901 Fifth Avenue, Suite 800
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 386-4800
FAX: (206) 233-8166

Exhibit "L"
P-4

9th Cir. Case No.
18-35987          Page 32

ArtSpace Everett Lofts contains 40 live/work affordable housing units which are set aside for working artists. ArtSpace Everett Lofts is not a condominium, but rather multifamily affordable housing.

The property is split into two entities: Artspace Residential and Schack Arts Center which was purchased and is owned by Schack. The State of Washington wraps a condo over these two entities to address shared expenses such as exterior lighting, landscaping, etc. The board as it sits is comprised of a representative from Artspace and a representative from Schack. The 'board' meets annually to review and adopt the annual budget and discuss any issues pending/up-coming in the coming year.

In terms of the rents for the tenants, the community is a participant in the Washington State Tax Credit Program, which is administered by the Washington State Housing Finance Commission. Under the program, the owner agrees to cap the rents at a certain level in exchange for income tax credits. Unlike the HUD Section 8 program, there is no rent voucher, no tenant portion of the rent and government portion of the rent. Whatever the rent is set at, the resident is responsible for payment of 100% of that amount on a monthly basis. In addition, under the tax credit program, the residents are required to annually recertify their income to determine if they still qualify for living in tax credit housing.

The website of Everett Artspace Lofts sets out the information about the tax credit program that it is a participant of, and did so in 2012 when the Plaintiff first applied for tenancy. That information on the website includes (please note this is current information):

Rents $793.00 - $1149.00
AEL is an income restricted project. To qualify for housing your income must be below the following categories. Half the units are for artists earning less than 50% of area median income and half are for artists learning less than 60% of area median income.

DECLARATION OF CINDY HUANG IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - 2

PUCKETT & REDFORD, PLLC
901 Fifth Avenue, Suite 800
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 386-4800
FAX: (206) 233-8166

Exhibit "L"
P-5

9th Cir. Case No.
18-35987                               Page 33

| WSHFC/COM Limits @ 60% | 1 Person | 2 Person | 3 Person | 4 Person | 5 Person |
|---|---|---|---|---|---|
| | 37,080 | 42,360 | 47,640 | 52,920 | 57,180 |
| WSHFC/COM Limits @ 50% | 1 Person | 2 Person | 3 Person | 4 Person | 5 Person |
| | 30,900 | 35,300 | 39,700 | 44,100 | 47,650 |

Anyone may apply for residency in our project and we will accept applications from anyone. Artspace Everett Lofts and Artspace

Projects are committed to attracting creative individuals and families from diverse artistic and cultural backgrounds.

　　　All of the units at ArtSpace Everett Lofts are governed by the tax credit program, so the rents are all set by the State.  None of the tenants have rents that are determined by their individual incomes. Unless the tenant is also a voucher holder under the Section 8 program, there are no subsidies provided to the tenants for their rent.  The management has no control over whether or not an individual tenant applies for or obtains a Section 8 voucher.

　　　The Plaintiff and her husband were treated exactly the same as all of the other tenants at ArtSpace Everett Lofts, and in fact, if there was any difference in the treatment of them by the management, it was to go overboard to try and get them as tenants, and to try and keep them as tenants when they were having financial issues.

　　　I am not aware of any instances where there have been complaints of any type of discrimination by the on-site management toward any of the tenants at ArtSpace Everett Lofts until the Plaintiff raised those claims in this suit.  Her claims are a complete surprise to me and to Quantum Management—up to the receipt of this suit, the management has had no indication that the Plaintiff was not happy living at ArtSpace Everett Lofts, or had any ill feelings toward the management.  Whatever her feelings are toward other residents, the management cannot do anything about those feelings, especially if they are not informed of any issues that the Plaintiff has with those other tenants.  When they are informed of

DECLARATION OF CINDY HUANG IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - 3

PUCKETT & REDFORD, PLLC
901 Fifth Avenue, Suite 800
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 386-4800
FAX: (206) 233-8166

Exhibit "L"
P-6

9th Cir. Case No.
18-35987

Page 34

1  problems with other residents, then they will take whatever action is appropriate and legal, such as the

2  case with KellyAnn Martin.

3      I am not aware of any claims of discrimination by the management, and cannot believe that they

4  would do any action like the Plaintiff is complaining about, and the Plaintiff has not offered any proof

5  of any of her claims, or that they are related in any way to her race or disability.

6

7

8  DATED: _1/4/2016_
   At: Everett, WA                               Cindy Huang

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  DECLARATION OF CINDY HUANG IN SUPPORT
    OF DEFENDANT'S MOTION FOR SUMMARY
    JUDGMENT - 4

PUCKETT & REDFORD, PLLC
901 Fifth Avenue, Suite 800
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 386-4800
FAX: (206) 233-8166

Exhibit "L"
p-7

9th Cir. Case No.
18-35987

Page 35

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

Ms. Wanda Smith-Jeter          *Pro Se Plaintiff*          [  ] Via Messenger
Post Office Box 102                                           [X] Via Email
Everett, WA  98206-0102                                      [  ] Via Facsimile
                                                              [X] Via U.S. Mail
                                                              [  ] Via CM/ECF

DATED this 16th day of October, 2018.


*Tammy Bolte*
Tammy L. Bolte, Paralegal

DECLARATION OF JENNIFER MURRAY IN SUPPORT OF DEFENDANTS
ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND
QUANTUM MANAGEMENT SERVICES, INC.'S MOTION FOR SUMMARY
JUDGMENT - 3

MURRAY DUNHAM & MURRAY
Attorneys at Law
200 West Thomas, Ste. 350
Post Office Box 9844
Seattle, WA  98109-0844
(206) 622-2655; Fax: (206) 684-6924

*Exhibit "L"*

9th Cir. Case No.
10-35987     Page 36

THE HONORABLE JAMES P. DONOHUE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN WASHINGTON AT SEATTLE

| | |
|---|---|
| WANDA E. SMITH-JETER,<br><br>     Plaintiff,<br><br>  v.<br><br>ARTSPACE EVERETT LOFTS<br>CONDOMINIUM ASSOCIATION and<br>QUANTUM MANAGEMENT SERVICES,<br>INC.<br><br>     Defendant. | NO. 17-CV-1857JPD<br><br>DECLARATION OF CINDY HUANG<br>IN SUPPORT OF DEFENDANTS<br>ARTSPACE EVERETT LOFTS<br>CONDOMINIUM ASSOCIATION AND<br>QUANTUM MANAGEMENT<br>SERVICES, INC.'S REPLY IN<br>SUPPORT OF THEIR<br>MOTION FOR SUMMARY<br>JUDGMENT |

I, Cindy Huang, hereby declare under penalty of perjury, under the laws of the

United States of America, that the following is true and correct:

  1.  I am an employee of Quantum Management Services, Inc., which is the

property management company for Artspace Everett Lofts.  I am a Portfolio Manager,

and at the time of the incident, Artspace Everett Lofts was one of the apartment

communities that I managed.  I did not work on-site, but was the regional manager for

DECLARATION OF CINDY HUANG IN SUPPORT OF DEFENDANTS
ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND
QUANTUM MANAGEMENT SERVICES, INC.'S REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT - 1

MURRAY DUNHAM & MURRAY
Attorneys at Law
200 West Thomas, Ste. 350
Post Office Box 9844
Seattle, WA  98109-0844
(206) 622-2655; Fax: (206) 684-6924

Exhibit "M"
P-1

this and several other properties.  I am very familiar with the workings of Artspace Everett Lofts and Quantum Management Services, Inc.

2.     Artspace Everett Lofts contains 40 live/work affordable housing units, which are set aside for working artists.  Artspace Everett Lofts are not condominiums, but rather multifamily affordable housing units.

3.     The building that houses Artspace Everett Lofts is split into two "condominiums": One is Artspace Residential, and the other is Schack Art Center.  The Schack Art Center "condominium" is owned by Schack.

4.     Ms. Judy Tuohy is not an employee, representative, or agent of Defendants Artspace Everett Lofts Condominium Association nor Quantum Management Services, Inc.  Ms. Tuohy is the Executive Director of The Schack Art Center.

5.     Other than owning and occupying a separate "condominium" in the same building as Artspace Everett Lofts, The Schack Art Center has nothing to do with the daily operation, management or control of Artspace Everett Lofts or Quantum Management.

6.     The Schack Art Center is a completely separate entity from both Defendants Artspace Everett Lofts and Quantum Management Services, Inc.

7.     Neither Defendants Artspace nor Quantum have any ownership, management or control of Schack Art Center or its employees.

8.     The Schack Art Center is essentially a "neighbor" of Artspace Everett Lofts.

DECLARATION OF CINDY HUANG IN SUPPORT OF DEFENDANTS
ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND
QUANTUM MANAGEMENT SERVICES, INC.'S REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT - 2

MURRAY DUNHAM & MURRAY
Attorneys at Law
200 West Thomas, Ste. 350
Post Office Box 9844
Seattle, WA  98109-0844
(206) 622-2655; Fax: (206) 684-6924

Exhibit "M"
D-2

Other than sharing a wall and some common space exterior and building expenses, and

maybe a common purpose to propel and share the arts, Schack Art Center has nothing to

do with Artspace Everett Lofts or Quantum Management Services, Inc.

Dated at Everett, Washington this the 9th day of November, 2018.

_____
Cindy Huang, Declarant

DECLARATION OF CINDY HUANG IN SUPPORT OF DEFENDANTS
ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND
QUANTUM MANAGEMENT SERVICES, INC.'S REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT - 3

MURRAY DUNHAM & MURRAY
Attorneys at Law
200 West Thomas, Ste. 350
Post Office Box 9844
Seattle, WA  98109-0844
(206) 622-2655; Fax: (206) 684-6924

Exhibit "M"
P-3

9th Cir. Case No.
18-35987

Page 39

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

Ms. Wanda Smith-Jeter          *Pro Se Plaintiff*          [ ] Via Messenger
Post Office Box 102                                          [X] Via Email
Everett, WA  98206-0102                                      [ ] Via Facsimile
                                                             [X] Via U.S. Mail
                                                             [ ] Via CM/ECF

DATED this 9th day of November, 2018.

*Tammy Bolte*
_____
Tammy L. Bolte, Paralegal

DECLARATION OF CINDY HUANG IN SUPPORT OF DEFENDANTS
ARTSPACE EVERETT LOFTS CONDOMINIUM ASSOCIATION AND
QUANTUM MANAGEMENT SERVICES, INC.'S REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT - 4

MURRAY DUNHAM & MURRAY
Attorneys at Law
200 West Thomas, Ste. 350
Post Office Box 9844
Seattle, WA  98109-0844
(206) 622-2655; Fax: (206) 684-6924

*Exhibit "M"*
*P-4*

9th Cir. Case No.
18-35987

Page 40

UNITED STATES DISTRICT COURT
for the          2:17-cv-01857-JPD
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

WANDA E. Smith-Jeter
(plaintiff) (pro se)

v.

ARTSPACE EVERETT LOFTS
CONDOMINIUM ASSOCIATION
(DEFENDANT.)

PLAINTIFF'S
AMENDED
COMPLAINT

As the court documents mailed to my home address
by this court (DKt.#17) were returned to the court, I am hereby
amending my complaint to include the following as my
contact information:

WANDA E. Smith-Jeter          (206) 573-1058
P.O. Box 102          email: jessejamesjeter@yahoo.com
Everett, WA 98206
Additionally, the attached exhibits ("D"-"K"), support
my claims in this case, which involve "hate speech",
"intimidation" and "racial terrorism".
Exhibits:
D.- Lobby of Artspace Everett Lofts. My mailbox # is "310".
Artwork was "untitled" for several weeks.
E.- Title appeared within a week of our tires being slashed.

Exhibit "K"

9th Cir. Case No.
18-35987                    Page 41

2:17-cv-01857-JPD

F. As appeared on wall (to scale).

G. "Close-up"

H. Downloaded from ArtSPACE Everett Lofts' artists' website.

I. Schack Art Center shares building with and occupies 2nd floor of Artspace Everett Lofts at 2917 Hoyt ave in Everett, WA. They also share an outgoing mailbox. During her campaign for "Mayor-City of Everett", according to the Everett Herald newspaper, Judy Tuohy says that she raised the funds to build "Artspace Everett Lofts" and the "Schack Art Center."

J. A previous lawsuit by plaintiff, against Artspace Everett Lofts Condominium Association was still under Appeal.

K. See case #s, 2:04-cv-00939-JCC and 2:04-cv-01931-MAT, "Smith-Jeter vs. Housing Hope"

April 9, 2018          *Wanda E. Smith-Jeter*      P.O. Box 102 Everett, WA
Everett, WA            WANDA E. Smith-Jeter      (206)573-1058    98206

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2018, a copy of the foregoing: "PLAINTIFF's AMENDED COMPLAINT" was mailed postage paid to: William W. Spencer                    *Wanda E. Smith-Jeter*

Murray Dunham & Murray         WANDA E. Smith-Jeter
200 West Thomas, ste 350       P.O. Box 102 Everett, WA 98206
Post Office Box 9844           April 10, 2018          (206)573-1058
Seattle, WA 98109-844          Everett, WA

Exhibit "R"
P-2

9th Cir. Case No.
18-35987

Page 42

# UNITED STATES DISTRICT COURT
## for the
2:17-cv-01857-JPD
# WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

WANDA E. Smith-Jeter
(plaintiff) (pro se)

v.

ARTSPACE EVERETT LOFTS
CONDOMINIUM ASSOCIATION
(DEFENDANT.)

PLAINTIFF'S
AMENDED
COMPLAINT

As the court documents mailed to my home address by this court (Dkt. #17) were returned to the court, I am hereby amending my complaint to include the following as my contact information:

WANDA E. Smith-Jeter    (206) 573-1058
P.O. Box 102    email: jessejamesjeter@yahoo.com
Everett, WA 98206

Additionally, the attached exhibits ("D"-"K"), support my claims in this case, which involve "hate speech", "intimidation" and "racial terrorism".

<u>Exhibits:</u>

D.- Lobby of Artspace Everett Lofts. My mailbox # is "310".

Artwork was "untitled" for several weeks.    *Exhibit*

E.- Title appeared within a week of our tires being slashed.    "R"
P-3

9th Cir. Case No.
18-35987                    Page 43

2:17-cv-01857-JPD

F. As appeared on wall (to scale).

G. "Close-up"

H. Downloaded from Artspace Everett Lofts' artists' website.

I. Schack Art Center shares building with and occupies 2nd floor of Artspace Everett Lofts at 2917 Hoyt ave in Everett, WA. They also share an outgoing mailbox. During her campaign for "Mayor-City of Everett", according to the Everett Herald newspaper, Judy Tuohy says that she raised the funds to build "Artspace Everett Lofts" and the "Schack Art Center."

J. A previous lawsuit by plaintiff, against Artspace Everett Lofts Condominium Association was still under appeal.

K. See case #'s, 2:04-cv-00939-JCC and 2:04-cv-01931-MAT, "Smith-Jeter vs. Housing Hope"

April 9, 2018          _Wanda E. Smith-Jeter_     P.O. Box 102 Everett, WA
Everett, WA            WANDA E. Smith-Jeter (206)573-1858    98206

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2018, a copy of the foregoing: "PLAINTIFF's AMENDED COMPLAINT" was mailed postage paid to: William W. Spencer          _Wanda E. Smith-Jeter_

Murray Dunham & Murray          WANDA E. Smith-Jeter

200 West Thomas, ste 350          P.O. Box 102 Everett, WA 98206

Post Office Box 9844          April 10, 2018          (206)573-1858

Seattle, WA 98109-844          Everett, WA

Exhibit "R"
P-4

(2)

9th Cir. Case No. Page 44
18-35987

THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

WANDA E. SMITH-JETER and JESSE
JAMES JETER,

               Plaintiffs,

     v.

ARTSPACE EVERETT CONDOMINIUM
ASSOCIATION and QUANTUM
MANAGEMENT SERVICES, INC.,

             Defendants.

No. C17-1857-JPD

SECOND AMENDED COMPLAINT

## I.    PARTIES

1.    Plaintiff Wanda E. Smith-Jeter is an individual and resident of Snohomish County, Washington. Ms. Smith-Jeter lives in a unit in the ArtSpace Everett Lofts.

2.    Plaintiff Jesse James Jeter is an individual and resident of Snohomish County, Washington. Mr. Jeter lives in a unit in the ArtSpace Everett Lofts.

3.    Defendant ArtSpace Everett Condominium Association is a condominium association made up of a board of representatives from the ArtSpace Everett Lofts and an adjacent property, Schack Arts Center.

4.    Defendant Quantum Management Services, Inc. ("Quantum") is a Washington company based in Lynnwood, Washington. Quantum is the property management company for

Exhibit "T"
P-1

SECOND AMENDED COMPLAINT
(Case No. 17-cv-1857) - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

96908474.1 0099880-01194

9th Cir. Case No.
18-35987                    Page 45

1   ArtSpace Everett Lofts.  Cindy Huang, Heidi Heimarck, and William Cole are employees of

2   Quantum.

**II.      JURISDICTION AND VENUE**

3

4   5.      Jurisdiction is proper in this Court under 28 U.S.C. § 1331 (federal question).

5   6.      Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) and (2) because all

6   Defendants are residents of the State of Washington and the events giving rise to the claim

7   occurred in this District.

**III.      FACTS**

8

9   7.      ArtSpace Everett Lofts receives tax credits under the federal Low-Income

10  Housing Tax Credit program.  As such, ArtSpace Everett Lofts is subject to the Fair Housing

11  Act.

12  8.      Ms. Smith-Jeter has resided with her husband, Mr. Jeter, in ArtSpace Everett

13  Lofts since June 2012.

14  9.      Ms. Smith-Jeter and Mr. Jeter are both African-American.

15  10.     Ms. Smith-Jeter and Mr. Jeter both have disabilities.

16  11.     Ms. Smith-Jeter and Mr. Jeter are members of protected classes under the Fair

17  Housing Act.

18  12.     Ms. Heimarck and Mr. Cole are Caucasian.

19  13.     Ms. Smith-Jeter and Mr. Jeter are both artists and community activists.

20  14.     Ms. Smith-Jeter and Mr. Jeter are both over 60-years old and on a limited budget.

21  15.     The Jeters have complained to Quantum - including via oral and written

22  complaints to Ms. Heimarck and Mr. Cole, about their housing rights and the discrimination,

23  harassment, and intimidation they have experienced due to their race during their tenancy at

24  ArtSpace Everett Lofts.

25  16.     Since moving into ArtSpace Everett Lofts, Ms. Smith-Jeter and Mr. Jeter have

26  been subject to stalking, physical and emotional intimidation, harassment, and hate speech on the

SECOND AMENDED COMPLAINT
(Case No. 17-cv-1857) - 2

*Exhibit "T"*
*P-2*

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

9th Cir. Case No.
18-35987

Page 46

1   basis of, at a minimum, their race.  Such incidents amount to an attempt to harass the Jeters to

2   such an extreme that they will vacate their unit.  Such incidents include:

3           a.      **Vandalism**.  The Jeters paid for intermittent parking in ArtSpace Everett

4                   Lofts.  On information and belief the garage is operated and managed by

5                   Quantum.  Paid parking allowed the Jeters to access private parking in the

6                   locked garage beneath the building.  Between 2012 - 2014, the Jeters'

7                   vehicle was repeatedly vandalized.  On just one day, someone unplugged

8                   the back-up camera to the Jeters' vehicle two different times.  In October

9                   2017, when the vehicle was parked in the rented space that was provided

10                  outside the garage, three (3) of the tires on the Jeters' vehicle were

11                  flattened at the same time by punctures.

12          b.      **Harassment, Intimidation, and Retaliation.**  In October 2017, a piece of

13                  artwork was placed in the lobby entrance to ArtSpace Everett Lofts.  The

14                  artwork hung a few feet from the Jeters' mailboxes.  The title of the

15                  artwork was "DIE NIGGER DIE."  Given the historic use of the word

16                  "nigger" as a derogatory term, the Jeters felt intimidated and harassed by

17                  Defendants' actions displaying the piece.  There is no legitimate, non-

18                  discriminatory basis for Defendants' actions displaying the piece.

19

20                  In approximately Summer 2014, the Jeters were in the lobby of the

21                  building.  One of the property managers of ArtSpace Everett Lofts,

22                  William Cole, was present with a dog, a large pit bull.  Mr. Cole unleashed

23                  the pit bull when he saw the Jeters and later laughed at the fear he caused

24                  the Jeters.  Given the historic nature of dogs being used by law

25                  enforcement against individuals, the Jeters perceived Mr. Cole's actions to

26                  be an attempt to intimidate them.

SECOND AMENDED COMPLAINT
(Case No. 17-cv-1857) - 3

*Exhibit "T"*
*P-3*

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

96908474.1 0099880-01194

Case 2:17-cv-01857-JPD   Document 32   Filed 06/15/18   Page 4 of 7

*9th Cir. Case No.*
*18-35987*

*Page 47*

1

2      In late 2013 or early 2014, one of the property managers of ArtSpace

3      Everett Lofts, Heidi Heimarck, blocked the Jeters from driving their van

4      out of their paid parking in the building garage.  Ms. Heimarck had

5      previously complained to the Jeters that she felt their vehicle "smoked too

6      much," despite the fact that the vehicle was licensed and in compliance

7      with all required state emission standards.  On one occasion, Ms.

8      Heimarck backed her car behind the Jeters' vehicle and blocked them

9      from moving.  Ms. Heimarck directed the Jeters to wait, telling them she

10     was going to have the other property manager, Mr. Cole, inspect the

11     Jeters' vehicle.  The Jeters were stuck.  Ms. Heimarck refused to move her

12     car out of the way, and left the Jeters barricaded in the garage.  The Jeters

13     felt harassed and intimidated by Ms. Heimarck's actions.

14

15     On two occasions when Ms. Smith-Jeter was returning from outings, she

16     found a rope tied into the shape of a noose stretched out in the hallway by

17     the door to her unit.  To enter her unit, Ms. Smith-Jeter had to step across

18     the noose or step around it.  Given the historic nature of a noose and the

19     fact that Ms. Smith-Jeter and Mr. Jeter are African American, the noose

20     was plainly placed on the ground outside Ms. Smith-Jeter's unit in an

21     attempt to harass and intimidate her and Mr. Jeter.  Defendants failed to

22     take action to address the harassment and intimidation in the building.

23

24     On information and belief, Ms. Heimarck and Mr. Cole asked another

25     tenant of ArtSpace Everett Lofts to help them get the Jeters to move out of

26     ArtSpace Everett Lofts.

SECOND AMENDED COMPLAINT
(Case No. 17-cv-1857) - 4

*Exhibit "T"*
*P-4*

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

96908474.1 0099880-01194

1      17.    By, among other things, permitting display of offensive and intimidating artwork

2  depicting "DIE NIGGER DIE" next to Plaintiffs' mailboxes, and by targeting Plaintiffs with

3  actions to intimidate them, Defendants acted with discriminatory motive based on Plaintiffs'

4  race.

5      18.    Ms. Smith-Jeter and Mr. Jeter have suffered emotional distress as a result of

6  Defendants' actions.

7      19.    Ms. Smith-Jeter and Mr. Jeter have been unable to peacefully reside at ArtSpace

8  Everett Lofts as a result of Defendants' actions.  Ms. Smith-Jeter and Mr. Jeter live in a state of

9  fear and concern for their well-being.

10      20.    Ms. Smith-Jeter and Mr. Jeter have experienced deterioration of their respective

11  physical health as a result of Defendants' actions.

12               **IV.    CAUSES OF ACTION**

13        **FIRST CLAIM:  VIOLATION OF FAIR HOUSING ACT RETALIATION**

14      21.    Plaintiffs incorporate by reference all preceding paragraphs.

15      22.    Under 42 U.S.C. § 3617, the Fair Housing Act ("FHA") protects individuals from

16  certain types of retaliatory conduct by making it "unlawful to coerce, intimidate, threaten, or

17  interfere with any person in the exercise of enjoyment of" his/her housing rights under the FHA.

18      23.    The Jeters engaged in protected activity under the FHA by, among other things,

19  filing informal complaints to property management regarding race discrimination.

20      24.    The federal Department of Housing and Urban Development identifies five non-

21  exclusive examples of the type of conduct prohibited under Section 3617, including

22  "[t]hreatening, intimidating or interfering with persons in their enjoyment of a dwelling because

23  of the race, color, religion, sex, handicap, familial status, or national origin of such persons, or of

24  visitors or associates of such persons."

25

26

SECOND AMENDED COMPLAINT
(Case No. 17-cv-1857) - 5

*Exhibit "T"*
*P-5*

STOEL RIVES LLP
ATTORNEYS

Case 2:17-cv-01857-JPD   Document 32   Filed 06/15/18   Page 6 of 7

*Page 49*

*9th Cir. Case No.*
*18-35987*

25.    Defendants subjected the Jeters to adverse action including, without limitation, harassment, vandalism, and intimidation.  The Jeters complained about the harassment, vandalism, and intimidation they experienced during their tenancy at ArtSpace Everett Lofts.

26.    Defendants failed to take appropriate action to address the actions against the Jeters.

### SECOND CLAIM:  MALICIOUS HARASSMENT IN VIOLATION OF RCW 9A.36.083

27.    Plaintiffs incorporate by reference all preceding paragraphs.

28.    Under RCW 9A.36.083, an individual who is the victim of malicious harassment has private right of action.

29.    Plaintiffs suffered injury as a result of Defendants' actions, including emotional distress, deterioration of physical health, and an inability to enjoy their residence.  On information and belief, Defendants' actions were racially motivated.

### V.    PRAYER FOR RELIEF

WHEREFORE Plaintiffs request judgment and seek relief as follows:

A.    Damages in an amount to be proven at trial;

B.    Attorneys' fees and costs; and

C.    Other relief as the Court deems just and proper.

DATED:  June 15, 2018.

STOEL RIVES LLP

*/s/ Vanessa Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900

Attorneys for Plaintiffs

SECOND AMENDED COMPLAINT
(Case No. 17-cv-1857) - 6

*Exhibit "T"*
*P-6*

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101

9th Cir. Case No.
18-35987                    Page 50

1                    **CERTIFICATE OF SERVICE**

2          I hereby certify that on June 15, 2018 I electronically filed the foregoing with the Clerk

3     of the Court using the CM/ECF system which will send notification of such filing to the

4     following:

5

6       • **William Walter Spencer**
          william@murraydunham.com, tammy@murraydunham.com

7

8       DATED: June 15, 2018

9                                          **STOEL RIVES LLP**

10    List of Exhibits (orignal)

11    A-Quantum/Cindy Huang "e-mail"        /s/ Vanessa Power
                                            Vanessa Soriano Power, WSBA No. 30777
12    B-(2pgs) flattened tires (October 2017)
                                            STOEL RIVES LLP
13    C-Quantum/Cindy Huang "e-mail" (photo)  600 University Street, Suite 3600
                                            Seattle, WA 98101
14    D-Herald newspaper article [11-26-2017]  Telephone: 206.624.0900
       (Judy Touhy Mayor's race/City Council service)  Facsimile: 206.386.7500
15    I-Liam Cole/Judy Touhy "e-mail" +     Attorneys for Plaintiff
16     (Schack/Artspace building "co-occupancy"

17    J-Jeter's response to "Cole/Touhy 'e-mail'"
       (former case was still under 9th Cir. Appeal)
18
19    K-(9pgs) Declaration of Jesse James Jeter, opposing summary judgement

20    L-(8pgs) Declaration of Jennifer Murray (contains 1st Cindy Huang declaration)

21    M-(4pgs) 2nd Declaration of Cindy Huang

22    R-(4pgs) PLAINTIFF's AMENDED COMPLAINT
23     (see item #I-re: Touhy/ARTSPACE Relationship

24    T-(7pgs) Second Amended Complaint

25

26

SECOND AMENDED COMPLAINT                    Exhibit "T"
(Case No. 17-cv-1857) - 7                   p-7

                        STOEL RIVES LLP
                          ATTORNEYS
               600 University Street, Suite 3600, Seattle, WA 98101